UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtors, Alain Fatovic and Dawn E. Fatovic

In Re:

ALAIN FATOVIC AND DAWN E. FATOVIC

Case No.: 17-23056

Chapter: 13

Judge: JKS

Order Filed on December 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 12, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc G. Alster, Esq. _____, the applicant, is allowed a fee of $ _____ 900.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 900.00 _____ . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 1,103.00 _____ per month for _____ 30 _____ months to allow for payment of the above fee.

*rev.8/1/15*